

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00477-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick and Ruthie Nilson,
Appellants

v.

Robert N. **FREEMAN** II as Principal of Medina Livestock Sales Company, Ltd.,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0000356
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
REVERSED, and the cause is REMANDED for further proceedings on appellants' claims against
appellee in his capacity as "principal" of Medina Livestock Sales Company, Ltd. It is ORDERED
that appellants recover their costs of this appeal from appellee.

SIGNED February 13, 2019.

_____
Sandee Bryan Marion, Chief Justice